UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 1 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LUIS GABRIEL GONZALEZ-GIRON,<br><br>                    Defendant. | CASE NO. 11CR4212-JM<br><br><br>JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) as charged in the Indictment/Information:

_____

_____

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 1, 2011

_____
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE